# United States District Court
# Central District of California

| | |
|---|---|
| ANGELA KALDIS, | Case № 2:16-cv-06407-ODW(GJSx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WELLS FARGO BANK, N.A.; and DOES 1–10, inclusive, | |
| Defendants. | |

On July 25, 2016, Plaintiff filed this action in the Los Angeles Superior Court. (ECF No. 1-1.) Wells Fargo subsequently removed the case to federal court, and moved for summary judgment on all of Plaintiff's claims. (ECF Nos. 1, 19.) The Court granted Wells Fargo's Motion for Summary Judgment in full. (ECF No. 32.)

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiff Angela Kaldis shall recover nothing from Defendant Wells Fargo Bank, N.A.;

2. Plaintiff Angela Kaldis's Complaint is dismissed on the merits and with prejudice;

3. Defendant Wells Fargo Bank, N.A. shall recover its costs from Plaintiff Angela Kaldis as evidenced by a Bill of Costs.

4. The Court retains jurisdiction over Plaintiff Angela Kaldis and her counsel of record, Carney R. Shegerian and Shegerian & Associates, Inc., to adjudicate the outstanding Order to Show Cause re: sanctions and any issues related thereto.

**IT IS SO ORDERED.**

June 23, 2017

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE